Submitted October 28, affirmed December 1, 2021

Brice SCHROEDER,
*Petitioner-Appellant,*

*v.*

Rebecca WHITE,
*Respondent-Respondent.*

Linn County Circuit Court
15DR11164; A173578

500 P3d 771

Thomas McHill, Judge.

Mark T. McLeod and McLeod & McLeod Attorneys at Law filed the brief for appellant.

George W. Kelly filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

Father appeals an order modifying the parties' joint custody arrangement and awarding custody of the parties' three children to mother after determining that it was in their best interest that mother have custody. He argues that we should review the evidence *de novo* and award custody to him: "This Court's exercise of *de novo* review is important to the custody ruling of the trial court because a proper weighing of the substantial evidence will likely justify reversing or modifying the trial court's ruling." We decline that request. ORS 19.415(3)(b); ORAP 5.40(8)(c). We therefore review the court's best-interest determination for abuse of discretion. *Campbell v. Tardio*, 261 Or App 78, 83, 323 P3d 317 (2014). Having considered the trial court's evaluation of the ORS 107.137 factors on the record presented to it, including its express credibility findings, we see no abuse of discretion.

Affirmed.